# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREGORY TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-14-10-M ) |
| FEDERAL CORRECTIONS TRANSFER CENTER OF OKLAHOMA, | ) ) ) |
| Defendant. | ) |

## ORDER

On March 25, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that based upon plaintiff's failure to make an initial partial filing fee payment, this action be dismissed without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by April 14, 2014. On April 7, 2014, plaintiff wrote the Clerk of the Court a letter.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 12] issued by the Magistrate Judge on March 25, 2014, and

(2) DISMISSES this action without prejudice based upon plaintiff's failure to make an initial partial filing fee payment or show cause for the failure to pay.

**IT IS SO ORDERED this 24th day of April, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE